JOSEPH McCADDEN, PETITIONER-RESPONDENT, v. WEST END BUILDING AND LOAN ASSOCIATION, A BODY CORPORATE, DEFENDANT-APPELLANT.

Submitted May 31, 1941—Decided September 19, 1941.

For the appellant, *William B. McMichael* (*Reynier J. Wortendyke, Jr.,* of counsel).

For the respondent, *David Roskein* (*Harry Cohn,* of counsel).

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons expressed in the opinion of Mr. Justice Perskie.

It is not contended that there is no sufficient basis in the evidence for the finding that the enucleation of the employee's eye was due to the industrial accident; and we have not considered that question.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—None.